UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN RENE HOWARD, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>MELVIN HUNTER, et al.,<br><br>          Defendants. | Case No. CV 04-1434-ODW (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   July 12, 2011

                                                        Otis D. Wright, II
                                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment_final.wpd